UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRIVATE CAPITAL INVESTMENTS, LLC,

    Plaintiff,          Case No. 8:06-cv-00936-SDM-TGW

vs.

WAYNE CONSULTING GROUP, INC.

    Defendants.

_____

DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF DISCOVERY CUT-OFF & DISPOSITIVE
MOTION FILING DATES

The Defendants, Wayne Consulting Group, Inc. and Jaret Robertson, move the Court for the entry of an order extending the Discovery Cut-Off and Dispositive Motion Filing dates set forth in the Court's Case Management and Scheduling Order issued on October 2, 2006. The grounds upon which this motion is based and the reasons it should be granted are as follows:

1. The parties have been negotiating a resolution to the action.

2. The parties have made much progress toward such a resolution.

3. In light of such progress, the parties have not conducted additional discovery efforts or filed dispositive motions.

4. The parties require additional time for negotiations.

5. Mediation in this matter is presently scheduled for December 12, 2006.

6. The Defendants request that the Discovery Cut-Off and Dispositive Motion Filing dates be extended to January 2, 2007.

7. There will be no prejudice to the parties by the granting of this extension.

1

8. This request is not interposed for delay or other improper purpose.

9. Plaintiff's counsel has been consulted and has agreed to the extension.

/s/ Ricardo A. Roig
Ricardo A. Roig
Florida Bar No. 0000639
Pedro W. Rodriguez
Florida Bar No. 0138691
Ricardo A. Roig, P.A.
4023 North Armenia Avenue, Suite 400
Tampa, Florida 33607
Telephone: 813-876-0088
Facsimile: 813-876-0445
Email: Ricardo@roiglaw.com
Attorneys for the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Donald A. Mihokovich, Esquire, and Eric J. Partlow, Esquire, Ruden, McClosky, Smith, Schuster & Russell, P.A., 401 East Jackson Street 27th Floor, Tampa, Florida 33602.

/s/ Ricardo A. Roig
Ricardo A. Roig